UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

E‌RIK A‌NDERSON,

    Plaintiff,

v.

C‌OMMISSIONER OF S‌OCIAL S‌ECURITY,

    Defendant.
_____/

Case No. 18-12311

S‌ENIOR U.S. D‌ISTRICT J‌UDGE
A‌RTHUR J. T‌ARNOW

U.S. M‌AGISTRATE J‌UDGE
M‌ONA K. M‌AJZOUB

**O‌RDER A‌DOPTING R‌EPORT AND R‌ECOMMENDATION [12]; D‌ENYING P‌LAINTIFF'S M‌OTION FOR S‌UMMARY J‌UDGMENT [10]; AND G‌RANTING D‌EFENDANT'S M‌OTION FOR S‌UMMARY J‌UDGMENT [11]**

Plaintiff seeks judicial review of an Administrative Law Judge's denial of his application for Social Security disability benefits. On August 5, 2019, the Magistrate Judge issued a Report and Recommendation [Dkt. #12] on the parties' motions for summary judgment [10, 11]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [12] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

1

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [11] is **GRANTED**, and Plaintiff's Motion for Summary Judgment [10] is **DENIED**.

**SO ORDERED**.

|  |  |
|---|---|
|  | s/Arthur J. Tarnow |
|  | Arthur J. Tarnow |
| Dated: August 23, 2019 | Senior United States District Judge |